

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00153-CV

———————————————

SHANNON BROOKS, Appellant

V.

7-11 INC,[1] Appellee

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-340517-23

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

---

[1]We note that the judgment sets forth the name of the defendant using this spelling, but the defendant's filings in the trial court use the spelling "7-Eleven Inc."

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on September 30, 2024. On October 17, 2024, we notified appellant that her brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.[2]

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: November 21, 2024

---

[2]Appellant notified this court by letter that the case had settled. She was instructed to file a motion to dismiss but has failed to do so.